Charles H. Parlin and John R. Blocker, Appellants, vs. Benjamin L. Curtis, Caroline A. Hall and Julia W. Kelly, Appellees.

Appeal from Circuit Court, Franklin county; William D. Barnes, Judge.

Benj. S. Liddon and Geo. P. Raney, for Appellants.
Fred. T. Myers, for Appellees.

The bill in this cause was filed by the appellees against the appellants. There was decree for the complainants, and the defendants appeal.

Appeal dismissed on praecipe of counsel for appellants.